FILED: April 30, 2015

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 15-4056

(1:14-cr-00178-WO-2)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

KEITH DARNELL DILLARD, JR.

  Defendant - Appellant

_____

O R D E R

_____

The court grants the motion for leave to file a corrected opening brief, to be filed on or before 05/01/2015.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk