```
                                    FILED: August 14, 2015

               UNITED STATES COURT OF APPEALS
                    FOR THE FOURTH CIRCUIT
                    ───────────────────────

                          No. 15-4056
                      (1:14-cr-00178-WO-2)
                    ───────────────────────
```

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

 v.

KEITH DARNELL DILLARD, JR.,

   Defendant - Appellant.

```
                    ───────────────────────

                            O R D E R

                    ───────────────────────
```

After a review of the record pursuant to Anders v. California, 386 U.S. 738 (1967), we conclude that there exists a nonfrivolous issue that would benefit from adversarial presentation. Accordingly, we direct counsel for Dillard and the Government to submit merits briefs addressing whether the district court's imposition of joint and several liability on Dillard and his codefendants in its restitution orders was in error.

By separate order, the Clerk's Office will establish an appropriate briefing schedule.

For the Court

/s/ Patricia S. Connor, Clerk