Filed: August 14, 2015

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

ANDERS SUPPLEMENTAL BRIEFING ORDER
_____

No. 15-4056,   US v. Keith Dillard, Jr.
              1:14-cr-00178-WO-2

The court directs supplemental briefing as follows:

Supplemental opening brief and joint appendix due: 09/04/2015

Supplemental response brief due: 09/25/2015

The briefs and appendix must conform to the Fourth Circuit Brief & Appendix Requirements (available as a link from this order and at www.ca4.uscourts.gov).

/s/ PATRICIA S. CONNOR, CLERK
By: Jeffrey S. Neal, Deputy Clerk